IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LIN CRAWFORD, et al.,

    Plaintiffs,

vs.                                               Civ. No. 99-0077 JC/JHG (ACE)

UNITED STATES OF AMERICA,
et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the Court upon Defendants' Motion to Dismiss, filed September 3, 1999 *[Doc. 16]*. The Defendants move to dismiss the Plaintiff's complaint with prejudice. The Plaintiffs have not responded to the Motion to Dismiss. Consequently, pursuant to D.N.M.LR-Civ. 7.5(b), the Plaintiffs are deemed to have consented to the Motion to Dismiss.

Wherefore,

IT IS ORDERED that Defendants' Motion to Dismiss, filed September 3, 1999 *[Doc. 16]* is granted and this cause dismissed with prejudice.

DATED this 13th day of October, 1999.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Counsel for Plaintiffs:     John R. Westerman, Esq.
                                      Westerman Law Offices
                                      Farmington, New Mexico

Counsel for Defendants:     Phyllis A. Dow, Assistant United States Attorney
                                      United States Attorney's Office
                                      Albuquerque, New Mexico